## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN DESHAN MABRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF CALIFORNIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 21-3026 (UNA) |

### MEMORANDUM OPINION

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint carefully, the Court concludes that what factual contentions are identifiable, including the plaintiff's assertions that defendants are illegally monitoring his activities and threatening his life, are baseless and wholly incredible.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint without prejudice as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: November 22, 2021              /s/
                                                   COLLEEN KOLLAR-KOTELLY
                                                   United States District Judge